# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131670(71)

TIMOTHY JORDAN, Personal
Representative of the Estate of
Sandra Jordan, Deceased,
          Plaintiff-Appellant,

v

MERCY MEMORIAL HOSPITAL,
DAVID EUGENE SZYMANSKI,
M.D., and SYED HASSAN, M.D.,
          Defendants-Appellees.

SC: 131670
COA: 259224
Monroe CC: 04-017775-NH

_____/

    On order of the Court, the motion for reconsideration of this Court's December 14, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

d0421